IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 11-00118-01-CR-W-DGK |
| GEORGE HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on November 20, 2013. Defendant George Harris appeared in person pro se. Stand-by counsel, Assistant Federal Public Defender William Raymond, was present. The United States of America appeared by Assistant United States Attorney Christina Tabor.

*I.    BACKGROUND*

On May 23, 2011, an indictment was returned charging defendant with one count of possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Tabor announced that she will be the trial counsel for the government. The case agent to be seated at counsel table Detective Darrell Reach, Kansas City, Missouri, Police Department.

Mr. Harris announced that he will try the case pro se.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Ms. Tabor announced that the government intends to call 4 witnesses without stipulations or 2 witnesses with stipulations during the trial.

Mr. Harris announced that he intends to call no witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Tabor announced that the government will offer approximately 15 exhibits in evidence during the trial.

Mr. Harris announced that he will offer no exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Harris announced that he will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Harris stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are not likely.

## IX. TRIAL TIME

Government counsel and the defendant were in agreement that this case will take 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed December 2, 2011, counsel for the government and pro se defendant file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by November 20, 2013;

That counsel for the government and pro se defendant file and serve requested jury voir dire examination questions by or before noon, Wednesday, November 27, 2013 (defendant is reminded that documents must reach the court by the due date);

That counsel for the government and pro se defendant file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, November 27, 2013. The parties are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on December 2, 2013.

---

[1]The parties in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, November 29, 2013. To the extent there are disagreements to certain instructions, each party shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.

The government is seeking the second week of the trial docket because of a scheduling conflict.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
November 20, 2013